```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 45003
   DIANE TANKSLEY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1844

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 10/06/2005 and was confirmed 12/07/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was paid in full 05/27/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER       59.87          27.49         59.87
CAPITAL ONE               UNSEC W/INTER     2885.91         273.86       2885.91
LDG FINANCIAL SERVICES    UNSEC W/INTER   NOT FILED            .00           .00
FMS INC                   NOTICE ONLY     NOT FILED            .00           .00
HARRIS & HARRIS           UNSEC W/INTER   NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      985.03          83.90        985.03
LVNV FUNDING LLC          UNSEC W/INTER     3203.29         272.14       3203.29
HSBC AUTO FINANCE         SECURED NOT I   31648.16            .00           .00
B-LINE LLC                UNSEC W/INTER     1301.42          74.19       1301.42
JOSEPH WROBEL             DEBTOR ATTY      1,594.00                      1,594.00
TOM VAUGHN                TRUSTEE                                          703.36
DEBTOR REFUND             REFUND                                           470.54

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 11,935.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        8,435.52
    INTEREST                                       731.58
ADMINISTRATIVE                                   1,594.00
TRUSTEE COMPENSATION                               703.36
DEBTOR REFUND                                      470.54
                        ---------------          ---------------
TOTALS                  11,935.00                11,935.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 45003 DIANE TANKSLEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 08/27/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 05 B 45003 DIANE TANKSLEY
```